UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

23cr92 MJD

| | |
|---|---|
| UNITED STATES OF AMERICA, | INFORMATION |
| Plaintiff, | 18 U.S.C. § 2<br>18 U.S.C. § 641 |
| v. | |
| MULATA ALI, | |
| Defendant. | |

THE UNITED STATES ATTORNEY CHARGES THAT:

### Count 1
(Theft of Government Funds)

1. From in or about December 2020 through in or about January 2022, the defendant,

**MULATA ALI,**

aiding and abetting others, willfully and knowingly did steal and purloin funds from the Federal Child Nutrition Program, of a value exceeding $1,000, of the goods and property of the United States, in violation of Title 18, United States Code, Sections 2 and 641.

### FORFEITURE ALLEGATIONS

2. If convicted of Count 1 of this Information, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to Count 1 of the Information.

SCANNED
MAR 10 2023
U.S. DISTRICT COURT MPLS

3.  If any of the above-described forfeitable property is unavailable for forfeiture, the United States intends to seek the forfeiture of substitute property as provided for in Title 21, United States Code, Section 853(p) as incorporated by Title 28, United States Code, Section 2461(c).

All in violation of Title 18, United States Code, Sections 2 and 641.

Dated: March 10, 2023

ANDREW M. LUGER
United States Attorney

*/s/ Harry M. Jacobs*
HARRY M. JACOBS
JOSEPH H. THOMPSON
MATTHEW S. EBERT
CHELSEA A. WALCKER
Assistant U.S. Attorneys