# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

# FIRST APPEARANCE, ARRAIGNMENT AND PLEA HEARING

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MULATA YUSUF ALI,<br>aka Mulata Ali,<br><br>Defendant. | COURTROOM MINUTES - CRIMINAL<br>BEFORE: Nancy E. Brasel<br>U.S. District Judge<br><br>Case No: 23-cr-92 (1) (NEB)<br>Date: April 11, 2023<br>Court Reporter: Renee Rogge<br>Courthouse: Minneapolis<br>Courtroom: 13W<br>Time Commenced: 10:15 a.m.<br>Time Concluded: 12:05 p.m.<br>Time in Court: 1 hour and 50 minutes |
|---|---|

APPEARANCES:
  Plaintiff:   Matthew Ebert, Assistant U.S. Attorney
  Defendant:   Andrew Mohring and Frederick Goetz, Retained Attorneys

Interpreter: Kano Banja/Oromo

Defendant's true name if different from charging instrument: Mulata Yusuf Ali
☒ Clerk of Court is directed to change name to: Mulata Yusuf Ali

PROCEEDINGS:
☒ FIRST APPEARANCE AND ARRAIGNMENT:
Date: Charges Filed: March 10, 2023
Offense: Count 1: 18:2 and 641 AIDING AND ABETTING THEFT OF GOVERNMENT FUNDS
☒ Waived Reading of Charges   ☒ Advised of Rights   ☒ Waiver of Indictment
On ☐ Indictment ☒ Information ☐ Complaint

CHANGE OF PLEA HEARING:
PLEA:
☒ Guilty as to Count 1 of the Information
☒ Presentence Investigation Report Requested.
☒ Defendant is released on the conditions of release.

Date: April 11, 2023                              s/Kristine Wegner
                                                  Courtroom Deputy to Judge Nancy E. Brasel