UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 23-cr-92 (1) (NEB) |
| Plaintiff, | |
| v. | **ORDER GRANTING DEFENDANT'S MOTION FOR TRAVEL AUTHORIZATION** |
| MULATA YUSUF ALI, aka Mulata Ali, | |
| Defendant. | |

---

This matter is before the Court on Defendant Mulata Yusuf Ali's Motion for Permission to Travel to Djibouti starting on or about March 10, 2024, and for no more than 60 days (ECF No. 19) to look after his son. Neither the Government nor the US Probation and Pretrial Service Office oppose the request.

The Court has taken requests for international travel in this case on an individual basis. Given the motion before the Court, the reasons for his travel, and his compliance while on pretrial release, Mr. Ali's Motion to Travel Outside Minnesota (ECF No. 19) is GRANTED. Defendant shall provide the Pretrial Services Office with the final travel itinerary, abide by his pretrial release conditions while traveling and must report to the US Probation and Pretrial Services Office within 24 hours after his return to the United States.

Dated: February 29, 2024

s/Nancy E. Brasel
Nancy E. Brasel
United States District Court Judge